# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

————————

No. 98-1999EA

————————

Jimmy Hampton,                                              *
                                                           *
                       Appellant,                          *    Appeal from the United States
                                                           *    District Court for the Eastern
        v.                                                 *    District of Arkansas.
                                                           *
Kenneth S. Apfel, Commissioner of                          *        [UNPUBLISHED]
Social Security,                                           *
                                                           *
                       Appellee.                           *

————————

Submitted: November 20, 1998
Filed: November 27, 1998

————————

Before RICHARD S. ARNOLD, FAGG, and HALL,[*] Circuit Judges.

————————

PER CURIAM.

Jimmy Hampton appeals the district court's grant of summary judgment upholding the Commissioner's decision to deny Hampton disability insurance benefits and supplemental security income. Having carefully reviewed the administrative record and the parties' submissions, we conclude that no error of fact or law appears and that an opinion would lack precedential value. We thus affirm the judgment of the district court without further discussion. See 8th Cir. R. 47B.

————————

[*]The Honorable Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.